**Eric Leonard WESSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49858.**

Missouri Court of Appeals,
Western District.

May 16, 1995.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

## ORDER

PER CURIAM.

Eric Wesson appeals the denial of his Rule 24.035 motion for postconviction relief without an evidentiary hearing because he contended that his attorney was ineffective and did not adequately represent him. We affirm the denial. Because we do not discern any jurisprudential value to publishing an opinion, we issue this summary order. Rule 84.16(b).